**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26CR725-H |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| v. | |
| ERIC CARRILLO, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting from June 15, 2026, to September 14, 2026, at 10:00 a.m. **is granted**.

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 29, 2026.

HONORABLE MARILYN L. HUFF
United States District Judge
Southern District of California